**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| LaMar Gunnarson, Kay Gunnarson, Gene Johnson, Mary Johnson, Catherine Gempeler, Henry Gempeler, Mary Gempeler, Marlowe Senske, Ron Tobkin, Greg Thurman, and Phossco, LLC, | Civil No. 08-5095 (DWF/RLE) |
| Plaintiffs, | |
| v. | **ORDER** |
| Federal Deposit Insurance Corporation as receiver for First Integrity Bank, N.A.; K. Patrick Kruchten; Bruce Carr; Marco Cat, L.L.P.; TCK, L.L.P.; Marco Associates, L.L.P.; and Olde Marco Suites, L.P., d/b/a Olde Marco Inn & Suites, | |
| Defendants. | |

John C. Ekman, Esq., and Randall J. Pattee, Esq., Lindquist & Vennum PLLP, counsel for Plaintiffs.

Cynthia P. Arends, Esq., and Kevin D. Hofman, Esq., Halleland Lewis Nilan & Johnson PA, counsel for Defendant Federal Deposit Insurance Corporation; K. Patrick Kruchten, *Pro Se*, Defendant; and Bruce Carr, *Pro Se*, Defendant.

Based upon the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED** that:

      This action is **DISMISSED** as to the Defendants Marco Associates, L.L.P. and Olde Marco Suites, L.P., for failure to comply with this Court's Order of March 10, 2009, and for lack of prosecution.

Dated: May 13, 2009                    s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          Judge of United States District Court